# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: 2025 UPMC SUBPOENA | Case No. 2:25-mc-1069-CB |

## GOVERNMENT'S NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Third Circuit from the Orders and Judgment entered by this Court on March 2, 2026. (ECF Nos. 66 and 67).

Dated this 12th day of March, 2026.

    Respectfully Submitted,

**FOR THE UNITED STATES OF AMERICA**

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director
Enforcement & Affirmative Litigation
  Branch

  */s/ Ross S. Goldstein*
ROSS S. GOLDSTEIN
PATRICK R. RUNKLE
Assistant Directors

SCOTT B. DAHLQUIST
Trial Attorney

United States Department of Justice
Enforcement & Affirmative Litigation
   Branch
P.O. Box 386
Washington, DC 20044
Tel: (202) 353-4218
Fax: (202) 514-8742
ross.goldstein@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system by the Court and all parties of record.

Dated this 12th day of March, 2026.

            */s/ Ross. S. Goldstein*
            ROSS S. GOLDSTEIN