# IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | |
|---|---|
| IN RE: 2025 UPMC SUBPOENA | Nos. 26-1401, 26-1545 |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Appellate Procedure 26 and Third Circuit Rule 31.4, Appellant United States of America respectfully moves for a 30-day extension of time, to and including July 10, 2026, to file its opening brief and appendix.  Per Circuit Rule 27.3, Appellant has conferred with opposing counsel and represents that Appellee consents to the requested relief.  In support of this motion, Appellant states as follows:

1.  On March 30, 2026, the Court issued a briefing notice setting May 11 as the due date for Appellant's opening brief and appendix in these consolidated appeals.  On April 28, Appellant was granted an initial 30-day extension of time until June 10.

2.  Appellant respectfully requests an additional 30-day extension, to and including July 10, 2026, to complete preparation of its opening brief and appendix.

3.  Good cause exists for the requested extension.  Undersigned counsel has significant preexisting commitments, including *United States v. Michigan*, No. 26-cv-00246 (W.D. Mich.) (opposition to motion to dismiss due June 8); *In re: Administrative Subpoenas to Children's Hospitals*, No. 26-cv-01834 (D. Md.) (opposition to motion for class certification and preliminary injunction due June 1); and *United States v. California*, No. 25-cv-06230 (C.D. Cal.) (opposition to motion to dismiss due May 22), that make the current timeline impracticable.  Oral argument has not been set in this appeal, and the requested extension will not delay any other aspect of the Court's consideration of this case.

In addition, the supervisory attorney on this matter, Brad Hinshelwood, also has responsibility for a variety of other matters, including a response brief in *Bretches v. United States*, No. 25-7405 (9th Cir.) (filed May 13); a stay motion and reply in support in *State of Oregon v.*

*Trump*, No. 26-1804 (Fed. Cir.) (filed May 11 and June 1, respectively); a petition for writ of mandamus and accompanying stay motion in *In re United States*, No. 26-144 (Fed. Cir.) (filed June 2, 2026); a motion for stay pending appeal in *Wilkins v. Hegseth*, No. 24-2079 (4th Cir.) (filed June 3, 2026); a response brief in *A.R.M.R. v. United States*, No. 26-1218 (7th Cir.) (filed June 3); a response brief in *Searcy v. Pfizer, Inc.*, No. 25-14198 (11th Cir.) (due June 10); and a response brief in *Van Loo Fiduciary Services v. United States*, No. 25-2930 (9th Cir.) (due June 10).

4.  For these reasons, Appellant respectfully requests that the Court grant this motion for a 30-day extension of time.

Respectfully submitted,

BRAD HINSHELWOOD

 /s/ *John Bailey*
JOHN BAILEY
*Attorneys*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W.*
*Washington, D.C. 20530*
*(202) 514-6993*

JUNE 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Palatino Linotype 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 404 words, according to the word count of Microsoft Word.

/s/ *John Bailey*
John Bailey

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ John Bailey*
John Bailey